IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.   __:____-cv-____-____

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

SAPERE WEALTH MANAGEMENT, LLC and SCOTT TREASE,

Defendants.

## MOTION FOR ENTRY OF FINAL JUDGMENT, BASED UPON SIGNED CONSENTS OF DEFENDANTS SAPERE AND TREASE

The Securities and Exchange Commission ("SEC") respectfully files this Motion for Entry of Final Judgment in this matter. The Defendants Sapere Wealth Management, LLC ("Sapere") and Scott Trease ("Trease") have each, respectively, executed a signed stipulation and consent to the entry of a final judgment against the two defendants. The signed Consent of Sapere and the signed Consent of Trease are attached hereto, and filed herewith. The proposed Final Judgment, the terms of which the parties have consented, is also attached hereto and filed herewith, for the Court's consideration.

The SEC respectfully requests that the Court consider the two signed consents to the entry of the Final Judgment, and that, assuming the Court concludes that all is in order, that it enter the proposed Final Judgment against Defendants Sapere and Trease. As this matter has been resolved completely by the attached agreement of the SEC and the two defendants, there is

1

no just reason for delay and the SEC respectfully requests that the agreed upon terms of the Final Judgment be entered, should the Court find it appropriate and in proper order.

DATED: March 22, 2023

RESPECTFULLY SUBMITTED,

/s/ Edward G. Sullivan
Edward G. Sullivan (GA Bar No. 691140)
Tel: (404) 842-7612
sullivane@sec.gov

M. Graham Loomis (GA Bar No. 457868)
Tel: (404) 842-7622
loomism@sec.gov

Joshua C. Hess (GA Bar No. 371139)
Tel: (404) 942-0699
hessjos@sec.gov

**U.S. Securities and Exchange Commission**
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326
Tel: (404) 842-7612
Facsimile: (404) 842-7679

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2023, I filed the foregoing document through the Court's CM/ECF system and served a true and correct copy by placing it in overnight mail via UPS to Defendants' counsel, addressed as follows:

Peter Chan, Brian L. Whistler and A. Valerie Mirko,
Baker & McKenzie LLP,
300 E. Randolph Street, Suite 5000
Chicago, IL 60601

*/s/ Edward G. Sullivan*
Edward G. Sullivan